**LIFETIME PRODUCTS, INC.,**
Plaintiff–Appellee,

v.

**GSC TECHNOLOGY CORPORATION,**
Defendant–Appellant.

Nos. 04–1012, 04–1062 and 04–1159.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 6, 2004.

Edward D. Manzo, Principal Attorney, David Lesht, Louis John Alex, of Counsel, Cook, Alex, Chicago, IL, Mark F. James, of Counsel, Hatch, James, Salt Lake City, UT, for Defendant–Appellant.

Larry R. Laycock, Principal Attorney, David R. Wright, Brent P. Lorimer, David R. Todd, of Counsel, Workman, Nydegger, Salt Lake City, UT, for Plaintiff–Appellee.

Before BRYSON, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

---

**GRIEF BROS. CORPORATION,**
Plaintiff–Appellant,

v.

**AMERICAN CONTAINERS, INC.,**
Defendant–Appellee.

No. 04–1023.

United States Court of Appeals,
Federal Circuit.

May 6, 2004.

Gerard T. Gallagher, Principal Attorney, Baker & Daniels, South Bend, IN, David P. Irmscher, of Counsel, Baker & Daniels, Fort Wayne, IN, for Defendant–Appellee.

William H. Oldach, III, Principal Attorney, Vorys, Sater, Washington, DC, Robert J. Palmer, of Counsel, May, Oberfell, South Bend, IN, for Plaintiff–Appellant.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and DYK, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.